**Daniel Wayne ORR; F.A. O., a minor; L.D. O., a minor, Plaintiffs–Appellants,**

v.

**NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES, Division of Mental Illness and Substance Abuse; Wake County Department Of Social Services, Adult Protective Services; Ramon Rajono,**

**Director of Adult Protective Services; Craig Burris, Director of Senior Services; Glenda Reed, Elderly Services, Defendants–Appellees.**

No. 13–2322.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 19, 2013.

Decided: Dec. 23, 2013.

Daniel Wayne Orr, Appellant Pro Se.

Roger A. Askew, Wake County Attorney's Office, Raleigh, North Carolina, for Appellees.

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Wayne Orr and two minor Appellants appeal the district court's order dismissing their 42 U.S.C. § 1983 (2006) complaint as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Orr v. N.C. Dep't of Health & Human Servs.,* No. 5:13–cv–00671–D (E.D.N.C. Oct. 16, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

this court and argument would not aid the decisional process.

*AFFIRMED.*